TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN







NO. 03-95-00116-CR







David Morgan, Appellant



v.



The State of Texas, Appellee







FROM THE COUNTY COURT AT LAW NO. 7 OF TRAVIS COUNTY


NO. 426,297, HONORABLE BRENDA KENNEDY, JUDGE PRESIDING








PER CURIAM


 This is an appeal from the judgment of conviction for unlawfully carrying a
weapon. Appellant has filed a motion to withdraw the appeal. No decision of this Court has been
delivered. The motion is granted and the appeal is dismissed. See Tex. R. App. P. 59(b).


Before Justices Powers, Kidd and B. A. Smith

Appeal Dismissed on Appellant's Motion

Filed: May 17, 1995

Do Not Publish